UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN HOOD, et al.,                                              No. C 12-01542

           Plaintiffs,                                     **JUDGMENT**

  v.

US GOVERNMENT, et al.,

           Defendants.

_____/

This action is dismissed for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2012

_____
SUSAN ILLSTON
United States District Judge